IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR304 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | TENTATIVE FINDINGS |
| | ) | |
| CHRISTOPHER ROSENBERG, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received the Revised Presentence Investigation Report and Addendum ("PSR"), and the Defendant's objections (Filing No. 230). The Defendant has filed a motion for a departure or variance from the sentencing guidelines and supporting brief (Filing Nos. 233 and 234). *See* Second Amended Order on Sentencing Schedule, ¶ 6. The Court takes note that the government did not file a formal objection, but did present an objection in the Addendum to the PSR, objecting to Paragraph #23. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

Accordingly,

IT IS ORDERED:

1. The Objection to PSI by Defendant (Filing No. 230) will be heard at the sentencing hearing.

2. The Court intends to adopt the PSR in all other respects;

3. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are

required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

4. The Defendant's Objection to PSI/Motion for Departure and or Variance from the Sentencing Guidelines (Filing No. 233) will be heard at sentencing;

5. Absent submission of the information required by paragraph 3 of this Order, these tentative findings are final; and

6. Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 8th day of December, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge