**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **8:15CR304** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **CHRISTOPHER ROSENBERG** | |
| **Defendant.** | |

The government has filed a Motion to Dismiss [Filing No. 270] the Petition for Offender Under Supervision [Filing No. 255]. For that reason, the motion is granted.

IT IS ORDERED:

1.   The Petition for Offender Under Supervision [Filing No. 255], filed herein, is dismissed, without prejudice.

Dated this 23rd day of January 2020.

BY THE COURT:


s/Laurie Smith Camp
Senior United States District Judge